1

2

3

4

5

6

7

8                                  IN THE UNITED STATES DISTRICT COURT

9                                    EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                Case No. 2:24-mc-00170-DAD-SCR

12                  Plaintiff,                **[PROPOSED] FINDINGS AND
                                              RECOMMENDATIONS FOR FINAL
13          v.                                ORDER OF CONTINUING GARNISHMENT**

14   JUAN CARLOS MONTALBO,                    Criminal Case No. 2:16-CR-00092-JAM

15                  Debtor.

16   ─────────────────────────────

17   SPARTAN UNITED HOLDINGS, LLC,

18                  Garnishee.

19

20          The Court, having reviewed its files and the United States' Request for Findings and

21   Recommendations for Final Order of Continuing Garnishment, and good cause appearing, hereby

22   recommends a Final Order of Continuing Garnishment be granted.

23          Accordingly, IT IS RECOMMENDED that:

24          1.      The United States' Request for Findings and Recommendations for Final Order of

25   Continuing Garnishment be GRANTED;

26          2.      Garnishee Spartan United Holdings, LLC, be directed to pay the Clerk of the United

27   States District Court twenty-five percent (25%) of Juan Carlos Montalbo's ongoing and non-exempt

28   disposable earnings, including, but not limited to wages, earnings, commissions, and bonuses;

3.      Garnishee Spartan United Holdings, LLC, be directed to pay the Clerk of the United States District Court the amount of non-exempt disposable earnings, including, but not limited to wages, earnings, commissions, and bonuses, already withheld as a result of the writ, within fifteen (15) days of the filing of the Final Order.  Payment shall be made in the form of a check, money order, or company draft, made payable to the "Clerk of the Court" and delivered to:

> Office of the Clerk
> 501 I St., Rm. 4-200
> Sacramento, CA 95814

The criminal docket number (2:16-CR-00092) shall be stated on the payment instrument;

4.      The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary; and

5.      The garnishment shall terminate when (1) the United States seeks to terminate the writ or (2) when the judgment amount is fully satisfied.

These findings and recommendations are submitted to the United States District Judge assigned to the case pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within fourteen (14) days, after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153, 1156-57 (9th Cir. 1991).

Dated:  August 12, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE